THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUY W. PICKING and IDA M. PICKING, Appellants.

First Department, February 27, 1942.

*Ida M. Picking,* for the appellants.

*Francis C. Leffler, Deputy Assistant District Attorney,* of counsel [*Stanley H. Fuld, Assistant District Attorney,* with him on the brief; *Frank S. Hogan, District Attorney*], for the respondent.

PER CURIAM. The triers of the facts could properly find that the car on which appeared at six different places the defendants' name, emblem and appeal to " Travel America " constituted one advertisement to which the flag was affixed in violation of the statute (Penal Law, § 1425, subd. 16, ¶ a).

The judgments should be affirmed.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Judgments unanimously affirmed.